

Perspecta Enterprise Solutions LLC
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

**Pay Statement**
**Period Start Date** 04/03/2021
**Period End Date** 04/16/2021
**Pay Date** 04/23/2021
**Document** 406254
**Net Pay** $3,206.53

## Pay Details

**VIPANDER BHATTI**
129 FOREST RD.
MOUNTAIN TOP, PA 18707
USA

| | | | |
|---|---|---|---|
| **Employee Number** | 75017348 | **Pay Group** | Vencore Bi Weekly |
| **SSN** | XXX-XX-XXXX | **Location** | USA_PA_Wilkes Barre - US |
| **Job** | Perspecta Default | **Vencore CC** | P92291 - CSL ES G&A Post T3 C |
| **Pay Rate** | $58.6538 | **Fringe Tier** | TIER3 - Tier3 Standard |
| **Pay Frequency** | Biweekly | **KP GL Prj/BA** | G600 - G600 G600 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $39.84 |
| Holiday | 0.0000 | $0.00 | $469.23 |
| Overtime-@ Str | 0.0000 | $0.00 | $175.96 |
| Paid Time Off | 8.0000 | $469.23 | |
| Paid Time Off | 8.0000 | $469.23 | $1,941.44 |
| Regular | -0.8000 | ($46.00) | |
| Regular | 32.0000 | $1,876.92 | |
| Regular | 32.0000 | $1,876.92 | $34,022.49 |
| Regular UN | 0.8000 | $46.00 | $57.67 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 79.2000    Total Hours 79.2000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401k Loan 1 | No | $39.29 | $314.32 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $546.48 | — | — |
| Group Term Life | No | $4.98 | $39.84 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $1,538.48 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $63.68 | $0.00 | $0.00 |
| Loan - Post Tax | No | $146.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $1,135.84 | $575.54 | $4,604.32 |
| Supp Life Pst-T | No | $28.44 | $227.52 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $94.40 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $61.28 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $343.10 | $2,770.45 |
| Employee Medicare | $62.11 | $499.37 |
| Social Security Employee Tax | $265.54 | $2,135.22 |
| PA State Income Tax | $131.33 | $1,056.04 |
| WILKES BARRE CITY | $1.81 | $14.48 |
| WILKES BARRE SD | $0.19 | $1.52 |
| WILKES BARRE | $42.78 | $344.00 |
| PA Unemployment Employee | $2.82 | $22.66 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx2599 | Checking | $3,206.53 |
| Total | | $3,206.53 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $4,697.28 | $4,282.88 | $849.68 | $641.07 | $3,206.53 |
| YTD | $37,754.20 | $34,439.00 | $6,843.74 | $5,129.12 | $25,781.34 |



| | |
|---|---|
| Perspecta Enterprise Solutions LLC | **Pay Statement** |
| 15052 Conference Center Drive | Period Start Date 04/17/2021 |
| Chantilly, VA 20151 | Period End Date 04/30/2021 |
| 571-313-6000 | Pay Date 05/07/2021 |
| | Document 420034 |
| | Net Pay $3,352.54 |

## Pay Details

| | | | |
|---|---|---|---|
| VIPANDER BHATTI | Employee Number 75017348 | Pay Group Vencore Bi Weekly | |
| 129 FOREST RD. | SSN XXX-XX-XXXX | Location USA_PA_Wilkes Barre - US | |
| MOUNTAIN TOP, PA 18707 | Job Perspecta Default | Vencore CC P92291 - CSL ES G&A Post T3 C | |
| USA | Pay Rate $58.6538 | Fringe Tier TIER3 - Tier3 Standard | |
| | Pay Frequency Biweekly | KP GL Prj/BA G600 - G600 G600 | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $44.82 |
| Holiday | 0.0000 | $0.00 | $469.23 |
| Overtime-@ Str | 0.0000 | $0.00 | $175.96 |
| Paid Time Off | 1.0000 | $58.65 | $2,000.09 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 39.0000 | $2,287.50 | $38,656.14 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked  80.0000    Total Hours  80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---:|---:|---:|---:|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Loan 1 | No | $39.29 | $353.61 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $614.79 | — | — |
| Group Term Life | No | $4.98 | $44.82 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $1,730.79 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $71.64 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $1,277.82 | $575.54 | $5,179.86 |
| Supp Life Pst-T | No | $28.44 | $255.96 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $106.20 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $68.94 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $343.10 | $3,113.55 |
| Employee Medicare | $62.10 | $561.47 |
| Social Security Employee Tax | $265.54 | $2,400.76 |
| PA State Income Tax | $131.33 | $1,187.37 |
| WILKES BARRE CITY | $1.81 | $16.29 |
| WILKES BARRE SD | $0.19 | $1.71 |
| WILKES BARRE | $42.78 | $386.78 |
| PA Unemployment Employee | $2.82 | $25.48 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx2599 | Checking | $3,352.54 |
| Total | | $3,352.54 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $4,697.28 | $4,282.88 | $849.67 | $495.07 | $3,352.54 |
| YTD | $42,451.48 | $38,721.88 | $7,693.41 | $5,624.19 | $29,133.88 |



**Perspecta Enterprise Solutions LLC**
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

| Pay Statement | |
|---|---|
| Period Start Date | 08/21/2021 |
| Period End Date | 09/03/2021 |
| Pay Date | 09/10/2021 |
| Document | 528523 |
| Net Pay | $3,107.35 |

## Pay Details

**VIPANDER BHATTI**
129 FOREST RD.
MOUNTAIN TOP, PA 18707
USA

| | | | |
|---|---|---|---|
| Employee Number | 75017348 | Pay Group | Vencore Bi Weekly |
| SSN | XXX-XX-XXXX | Location | USA_PA_Wilkes Barre - US |
| Job | Perspecta Default | Vencore CC | P92291 - CSL ES G&A Post T3 C |
| Pay Rate | $58.6538 | Fringe Tier | TIER3 - Tier3 Standard |
| Pay Frequency | Biweekly | KP GL Prj/BA | G600 - G600 G600 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $89.64 |
| Holiday | 0.0000 | $0.00 | $1,407.69 |
| Overtime-@ Str | 0.0000 | $0.00 | $205.29 |
| Paid Time Off | 6.5000 | $381.25 | $3,671.72 |
| Regular | 33.5000 | $1,964.90 | |
| Regular | 40.0000 | $2,346.15 | $78,276.75 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Retro | 0.0000 | $0.00 | $2,745.00 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 80.0000   Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $234.62 | $2,014.20 | $0.00 | $0.00 |
| 401K Loan | No | $38.72 | $154.88 | $0.00 | $0.00 |
| 401k Loan 1 | No | $39.29 | $707.22 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $1,229.58 | — | — |
| Group Term Life | No | $4.98 | $89.64 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $3,461.58 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $143.28 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $2,555.64 | $575.54 | $10,359.72 |
| Supp Life Pst-T | No | $28.44 | $511.92 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $212.40 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $137.88 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $314.95 | $6,516.95 |
| Employee Medicare | $62.10 | $1,160.61 |
| Social Security Employee Tax | $265.54 | $4,962.61 |
| PA State Income Tax | $131.33 | $2,454.51 |
| WILKES BARRE CITY | $1.81 | $32.58 |
| WILKES BARRE SD | $0.19 | $3.42 |
| WILKES BARRE | $42.78 | $799.54 |
| PA Unemployment Employee | $2.82 | $52.51 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2599 | Checking | $3,107.35 |
| Total | | $3,107.35 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,697.28 | $4,048.26 | $821.52 | $768.41 | $3,107.35 |
| YTD | $87,501.33 | $78,027.93 | $15,982.73 | $12,248.90 | $59,269.70 |



**Perspecta Enterprise Solutions LLC**
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

**Pay Statement**
Period Start Date 08/07/2021
Period End Date 08/20/2021
Pay Date 08/27/2021
Document 517595
Net Pay $3,107.35

## Pay Details

**VIPANDER BHATTI**
129 FOREST RD.
MOUNTAIN TOP, PA 18707
USA

| | | | |
|---|---|---|---|
| Employee Number | 75017348 | Pay Group | Vencore Bi Weekly |
| SSN | XXX-XX-XXXX | Location | USA_PA_Wilkes Barre - US |
| Job | Perspecta Default | Vencore CC | P92291 - CSL ES G&A Post T3 C |
| Pay Rate | $58.6538 | Fringe Tier | TIER3 - Tier3 Standard |
| Pay Frequency | Biweekly | KP GL Prj/BA | G600 - G600 G600 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $84.66 |
| Holiday | 0.0000 | $0.00 | $1,407.69 |
| Overtime-@ Str | 0.0000 | $0.00 | $205.29 |
| Paid Time Off | 0.0000 | $0.00 | $3,290.47 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 40.0000 | $2,346.15 | $73,965.70 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Retro | 0.0000 | $0.00 | $2,745.00 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 80.0000    Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K | Yes | $234.62 | $1,779.58 | $0.00 | $0.00 |
| 401K Loan | No | $38.72 | $116.16 | $0.00 | $0.00 |
| 401k Loan 1 | No | $39.29 | $667.93 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $1,161.27 | — | — |
| Group Term Life | No | $4.98 | $84.66 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $3,269.27 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $135.32 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $2,413.66 | $575.54 | $9,784.18 |
| Supp Life Pst-T | No | $28.44 | $483.48 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $200.60 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $130.22 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $314.95 | $6,202.00 |
| Employee Medicare | $62.10 | $1,098.51 |
| Social Security Employee Tax | $265.54 | $4,697.07 |
| PA State Income Tax | $131.33 | $2,323.18 |
| WILKES BARRE CITY | $1.81 | $30.77 |
| WILKES BARRE SD | $0.19 | $3.23 |
| WILKES BARRE | $42.78 | $756.76 |
| PA Unemployment Employee | $2.82 | $49.69 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx2599 | Checking | $3,107.35 |
| Total | | $3,107.35 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $4,697.28 | $4,048.26 | $821.52 | $768.41 | $3,107.35 |
| YTD | $82,804.05 | $73,979.67 | $15,161.21 | $11,480.49 | $56,162.35 |



**Perspecta Enterprise Solutions LLC**
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

**Pay Statement**
| | |
|---|---|
| Period Start Date | 02/06/2021 |
| Period End Date | 02/19/2021 |
| Pay Date | 02/26/2021 |
| Document | 351562 |
| Net Pay | $3,206.47 |

## Pay Details

| | | | |
|---|---|---|---|
| **VIPANDER BHATTI** | Employee Number: 75017348 | Pay Group: Vencore Bi Weekly | |
| 129 FOREST RD. | SSN: XXX-XX-XXXX | Location: USA_PA_Wilkes Barre - US | |
| MOUNTAIN TOP, PA 18707 | Job: Perspecta Default | Vencore CC: P92291 - CSL ES G&A Post T3 C | |
| USA | Pay Rate: $58.6538 | Fringe Tier: TIER3 - Tier3 Standard | |
| | Pay Frequency: Biweekly | KP GL Prj/BA: G600 - G600 G600 | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floating Holida | 8.0000 | $466.90 | $936.13 |
| Group Term Life | | $4.98 | $19.92 |
| Holiday | 0.0000 | $0.00 | $469.23 |
| Paid Time Off | 0.0000 | $0.00 | $938.46 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 32.0000 | $1,867.58 | $16,413.71 |
| Regular UN | 0.2000 | $11.67 | $11.67 |

Total Hours Worked  72.0000     Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan 1 | No | $39.29 | $157.16 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $273.24 | — | — |
| Group Term Life | No | $4.98 | $19.92 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $769.24 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $31.84 | $0.00 | $0.00 |
| Loan - Post Tax | No | $146.08 | $584.32 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $567.92 | $575.54 | $2,302.16 |
| Supp Life Pst-T | No | $28.44 | $113.76 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $47.20 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $30.64 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $343.10 | $1,372.40 |
| Employee Medicare | $62.10 | $248.41 |
| Social Security Employee Tax | $265.53 | $1,062.15 |
| PA State Income Tax | $131.33 | $525.32 |
| WILKES BARRE CITY | $1.81 | $7.24 |
| WILKES BARRE SD | $0.19 | $0.76 |
| WILKES BARRE | $42.78 | $171.12 |
| PA Unemployment Employee | $2.82 | $11.28 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2599 | Checking | $3,206.47 |
| Total | | $3,206.47 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,697.28 | $4,282.88 | $849.66 | $641.15 | $3,206.47 |
| YTD | $18,789.12 | $17,131.52 | $3,398.68 | $2,564.60 | $12,825.84 |



**Perspecta Enterprise Solutions LLC**
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

**Pay Statement**
**Period Start Date** 02/20/2021
**Period End Date** 03/05/2021
**Pay Date** 03/12/2021
**Document** 364805
**Net Pay** $3,336.05

## Pay Details

| | | | |
|---|---|---|---|
| **VIPANDER BHATTI** | **Employee Number** 75017348 | **Pay Group** Vencore Bi Weekly | |
| 129 FOREST RD. | **SSN** XXX-XX-XXXX | **Location** USA_PA_Wilkes Barre - US | |
| MOUNTAIN TOP, PA 18707 | **Job** Perspecta Default | **Vencore CC** P92291 - CSL ES G&A Post T3 C | |
| USA | **Pay Rate** $58.6538 | **Fringe Tier** TIER3 - Tier3 Standard | |
| | **Pay Frequency** Biweekly | **KP GL Prj/BA** G600 - G600 G600 | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $24.90 |
| Holiday | 0.0000 | $0.00 | $469.23 |
| Overtime-@ Str | 3.0000 | $175.96 | $175.96 |
| Paid Time Off | 0.0000 | $0.00 | $938.46 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 40.0000 | $2,346.15 | $21,106.01 |
| Regular UN | 0.0000 | $0.00 | $11.67 |

Total Hours Worked 83.0000  Total Hours 83.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan 1 | No | $39.29 | $196.45 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $341.55 | — | — |
| Group Term Life | No | $4.98 | $24.90 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $961.55 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $39.80 | $0.00 | $0.00 |
| Loan - Post Tax | No | $146.08 | $730.40 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $709.90 | $575.54 | $2,877.70 |
| Supp Life Pst-T | No | $28.44 | $142.20 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $59.00 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $38.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $368.75 | $1,741.15 |
| Employee Medicare | $64.65 | $313.06 |
| Social Security Employee Tax | $276.45 | $1,338.60 |
| PA State Income Tax | $136.73 | $662.05 |
| WILKES BARRE CITY | $1.81 | $9.05 |
| WILKES BARRE SD | $0.19 | $0.95 |
| WILKES BARRE | $44.54 | $215.66 |
| PA Unemployment Employee | $2.92 | $14.20 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2599 | Checking | $3,336.05 |
| Total | | $3,336.05 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,873.24 | $4,458.84 | $896.04 | $641.15 | $3,336.05 |
| YTD | $23,662.36 | $21,590.36 | $4,294.72 | $3,205.75 | $16,161.89 |



| | | | |
|---|---|---|---|
| Perspecta Enterprise Solutions LLC | | **Pay Statement** | |
| 15052 Conference Center Drive | | Period Start Date | 07/10/2021 |
| Chantilly, VA 20151 | | Period End Date | 07/23/2021 |
| 571-313-6000 | | Pay Date | 07/30/2021 |
| | | Document | 494406 |
| | | Net Pay | $3,107.35 |

## Pay Details

| | | | |
|---|---|---|---|
| **VIPANDER BHATTI** | Employee Number 75017348 | Pay Group | Vencore Bi Weekly |
| 129 FOREST RD. | SSN XXX-XX-XXXX | Location | USA_PA_Wilkes Barre - US |
| MOUNTAIN TOP, PA 18707 | Job Perspecta Default | Vencore CC | P92291 - CSL ES G&A Post T3 C |
| USA | Pay Rate $58.6538 | Fringe Tier | TIER3 - Tier3 Standard |
| | Pay Frequency Biweekly | KP GL Prj/BA | G600 - G600 G600 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $74.70 |
| Holiday | 0.0000 | $0.00 | $1,407.69 |
| Overtime-@ Str | 0.0000 | $0.00 | $205.29 |
| Paid Time Off | 8.0000 | $469.23 | $2,938.55 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 32.0000 | $1,876.92 | $64,933.02 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 80.0000    Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $234.62 | $1,173.10 | $0.00 | $0.00 |
| 401K Loan | No | $38.72 | $38.72 | $0.00 | $0.00 |
| 401k Loan 1 | No | $39.29 | $589.35 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $1,024.65 | — | — |
| Group Term Life | No | $4.98 | $74.70 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $2,884.65 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $119.40 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $2,129.70 | $575.54 | $8,633.10 |
| Supp Life Pst-T | No | $28.44 | $426.60 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $177.00 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $114.90 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $314.95 | $5,034.92 |
| Employee Medicare | $62.10 | $934.50 |
| Social Security Employee Tax | $265.54 | $3,995.81 |
| PA State Income Tax | $131.33 | $1,976.25 |
| WILKES BARRE CITY | $1.81 | $27.15 |
| WILKES BARRE SD | $0.19 | $2.85 |
| WILKES BARRE | $42.78 | $643.75 |
| PA Unemployment Employee | $2.82 | $42.41 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2599 | Checking | $3,107.35 |
| Total | | $3,107.35 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,697.28 | $4,048.26 | $821.52 | $768.41 | $3,107.35 |
| YTD | $70,664.49 | $63,275.39 | $12,657.64 | $9,806.43 | $48,200.42 |



| | | |
|---|---|---|
| Perspecta Enterprise Solutions LLC | **Pay Statement** | |
| 15052 Conference Center Drive | Period Start Date | 07/24/2021 |
| Chantilly, VA 20151 | Period End Date | 08/06/2021 |
| 571-313-6000 | Pay Date | 08/13/2021 |
| | Document | 506192 |
| | Net Pay | $4,854.58 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **VIPANDER BHATTI** | Employee Number | 75017348 | Pay Group | Vencore Bi Weekly | |
| 129 FOREST RD. | SSN | XXX-XX-XXXX | Location | USA_PA_Wilkes Barre - US | |
| MOUNTAIN TOP, PA 18707 | Job | Perspecta Default | Vencore CC | P92291 - CSL ES G&A Post T3 C | |
| USA | Pay Rate | $58.6538 | Fringe Tier | TIER3 - Tier3 Standard | |
| | Pay Frequency | Biweekly | KP GL Prj/BA | G600 - G600 G600 | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $79.68 |
| Holiday | 0.0000 | $0.00 | $1,407.69 |
| Overtime-@ Str | 0.0000 | $0.00 | $205.29 |
| Paid Time Off | 6.0000 | $351.92 | $3,290.47 |
| Regular | 34.0000 | $1,994.23 | |
| Regular | 40.0000 | $2,346.15 | $69,273.40 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Retro | 0.0000 | $2,745.00 | $2,745.00 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 80.0000    Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---:|---:|---:|---:|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $371.86 | $1,544.96 | $0.00 | $0.00 |
| 401K Loan | No | $38.72 | $77.44 | $0.00 | $0.00 |
| 401k Loan 1 | No | $39.29 | $628.64 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $1,092.96 | — | — |
| Group Term Life | No | $4.98 | $79.68 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $3,076.96 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $127.36 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $2,271.68 | $575.54 | $9,208.64 |
| Supp Life Pst-T | No | $28.44 | $455.04 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $188.80 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $122.56 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $852.13 | $5,887.05 |
| Employee Medicare | $101.91 | $1,036.41 |
| Social Security Employee Tax | $435.72 | $4,431.53 |
| PA State Income Tax | $215.60 | $2,191.85 |
| WILKES BARRE CITY | $1.81 | $28.96 |
| WILKES BARRE SD | $0.19 | $3.04 |
| WILKES BARRE | $70.23 | $713.98 |
| PA Unemployment Employee | $4.46 | $46.87 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx2599 | Checking | $4,854.58 |
| Total | | $4,854.58 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $7,442.28 | $6,656.02 | $1,682.05 | $905.65 | $4,854.58 |
| YTD | $78,106.77 | $69,931.41 | $14,339.69 | $10,712.08 | $53,055.00 |



Perspecta Enterprise Solutions LLC
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

**Pay Statement**
**Period Start Date** 06/12/2021
**Period End Date** 06/25/2021
**Pay Date** 07/02/2021
**Document** 470539
**Net Pay** $3,146.07

## Pay Details

**VIPANDER BHATTI**
129 FOREST RD.
MOUNTAIN TOP, PA 18707
USA

| | | | |
|---|---|---|---|
| **Employee Number** | 75017348 | **Pay Group** | Vencore Bi Weekly |
| **SSN** | XXX-XX-XXXX | **Location** | USA_PA_Wilkes Barre - US |
| **Job** | Perspecta Default | **Vencore CC** | P92291 - CSL ES G&A Post T3 C |
| **Pay Rate** | $58.6538 | **Fringe Tier** | TIER3 - Tier3 Standard |
| **Pay Frequency** | Biweekly | **KP GL Prj/BA** | G600 - G600 G600 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $64.74 |
| Holiday | 0.0000 | $0.00 | $938.46 |
| Overtime-@ Str | 0.0000 | $0.00 | $205.29 |
| Paid Time Off | 0.0000 | $0.00 | $2,469.32 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 40.0000 | $2,346.15 | $56,486.88 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 80.0000    Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K | Yes | $234.62 | $703.86 | $0.00 | $0.00 |
| 401k Loan 1 | No | $39.29 | $510.77 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $888.03 | — | — |
| Group Term Life | No | $4.98 | $64.74 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $2,500.03 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $103.48 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $1,845.74 | $575.54 | $7,482.02 |
| Supp Life Pst-T | No | $28.44 | $369.72 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $153.40 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $99.58 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $314.95 | $4,405.02 |
| Employee Medicare | $62.10 | $810.30 |
| Social Security Employee Tax | $265.54 | $3,464.73 |
| PA State Income Tax | $131.33 | $1,713.59 |
| WILKES BARRE CITY | $1.81 | $23.53 |
| WILKES BARRE SD | $0.19 | $2.47 |
| WILKES BARRE | $42.78 | $558.19 |
| PA Unemployment Employee | $2.82 | $36.77 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx2599 | Checking | $3,146.07 |
| Total | | $3,146.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $4,697.28 | $4,048.26 | $821.52 | $729.69 | $3,146.07 |
| YTD | $61,269.93 | $55,178.87 | $11,014.60 | $8,308.33 | $41,947.00 |



Perspecta Enterprise Solutions LLC
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

**Pay Statement**
**Period Start Date** 06/26/2021
**Period End Date** 07/09/2021
**Pay Date** 07/16/2021
**Document** 482638
**Net Pay** $3,146.07

## Pay Details

**VIPANDER BHATTI**
129 FOREST RD.
MOUNTAIN TOP, PA 18707
USA

| | |
|---|---|
| Employee Number | 75017348 |
| SSN | XXX-XX-XXXX |
| Job | Perspecta Default |
| Pay Rate | $58.6538 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Vencore Bi Weekly |
| Location | USA_PA_Wilkes Barre - US |
| Vencore CC | P92291 - CSL ES G&A Post T3 C |
| Fringe Tier | TIER3 - Tier3 Standard |
| KP GL Prj/BA | G600 - G600 G600 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $69.72 |
| Holiday | 8.0000 | $469.23 | $1,407.69 |
| Overtime-@ Str | 0.0000 | $0.00 | $205.29 |
| Paid Time Off | 0.0000 | $0.00 | $2,469.32 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 32.0000 | $1,876.92 | $60,709.95 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 80.0000     Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K | Yes | $234.62 | $938.48 | $0.00 | $0.00 |
| 401k Loan 1 | No | $39.29 | $550.06 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $956.34 | — | — |
| Group Term Life | No | $4.98 | $69.72 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $2,692.34 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $111.44 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $1,987.72 | $575.54 | $8,057.56 |
| Supp Life Pst-T | No | $28.44 | $398.16 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $165.20 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $107.24 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $314.95 | $4,719.97 |
| Employee Medicare | $62.10 | $872.40 |
| Social Security Employee Tax | $265.54 | $3,730.27 |
| PA State Income Tax | $131.33 | $1,844.92 |
| WILKES BARRE CITY | $1.81 | $25.34 |
| WILKES BARRE SD | $0.19 | $2.66 |
| WILKES BARRE | $42.78 | $600.97 |
| PA Unemployment Employee | $2.82 | $39.59 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx2599 | Checking | $3,146.07 |
| Total | | $3,146.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $4,697.28 | $4,048.26 | $821.52 | $729.69 | $3,146.07 |
| YTD | $65,967.21 | $59,227.13 | $11,836.12 | $9,038.02 | $45,093.07 |



| | | |
|---|---|---|
| Perspecta Enterprise Solutions LLC | **Pay Statement** | |
| 15052 Conference Center Drive | Period Start Date | 03/06/2021 |
| Chantilly, VA 20151 | Period End Date | 03/19/2021 |
| 571-313-6000 | Pay Date | 03/26/2021 |
| | Document | 377861 |
| | Net Pay | $3,206.46 |

## Pay Details

| | | | |
|---|---|---|---|
| **VIPANDER BHATTI** | Employee Number 75017348 | Pay Group | Vencore Bi Weekly |
| 129 FOREST RD. | SSN XXX-XX-XXXX | Location | USA_PA_Wilkes Barre - US |
| MOUNTAIN TOP, PA 18707 | Job Perspecta Default | Vencore CC | P92291 - CSL ES G&A Post T3 C |
| USA | Pay Rate $58.6538 | | |
| | Pay Frequency Biweekly | Fringe Tier | TIER3 - Tier3 Standard |
| | | KP GL Prj/BA | G600 - G600 G600 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $29.88 |
| Holiday | 0.0000 | $0.00 | $469.23 |
| Overtime-@ Str | 0.0000 | $0.00 | $175.96 |
| Paid Time Off | 0.0000 | $0.00 | $938.46 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 40.0000 | $2,346.15 | $25,798.31 |
| Regular UN | 0.0000 | $0.00 | $11.67 |

| | | |
|---|---|---|
| Total Hours Worked 80.0000 | Total Hours 80.0000 | |

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Loan 1 | No | $39.29 | $235.74 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $409.86 | — | — |
| Group Term Life | No | $4.98 | $29.88 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $1,153.86 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $47.76 | $0.00 | $0.00 |
| Loan - Post Tax | No | $146.08 | $876.48 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $851.88 | $575.54 | $3,453.24 |
| Supp Life Pst-T | No | $28.44 | $170.64 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $70.80 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $45.96 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $343.10 | $2,084.25 |
| Employee Medicare | $62.10 | $375.16 |
| Social Security Employee Tax | $265.54 | $1,604.14 |
| PA State Income Tax | $131.33 | $793.38 |
| WILKES BARRE CITY | $1.81 | $10.86 |
| WILKES BARRE SD | $0.19 | $1.14 |
| WILKES BARRE | $42.78 | $258.44 |
| PA Unemployment Employee | $2.82 | $17.02 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2599 | Checking | $3,206.46 |
| Total | | $3,206.46 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,697.28 | $4,282.88 | $849.67 | $641.15 | $3,206.46 |
| YTD | $28,359.64 | $25,873.24 | $5,144.39 | $3,846.90 | $19,368.35 |



Perspecta Enterprise Solutions LLC
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 03/20/2021 |
| Period End Date | 04/02/2021 |
| Pay Date | 04/09/2021 |
| Document | 393248 |
| Net Pay | $3,206.46 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| **VIPANDER BHATTI** | | Employee Number | 75017348 | Pay Group | Vencore Bi Weekly | |
| 129 FOREST RD. | | SSN | XXX-XX-XXXX | Location | USA_PA_Wilkes Barre - US | |
| MOUNTAIN TOP, PA 18707 | | Job | Perspecta Default | Vencore CC | P92291 - CSL ES G&A Post T3 C | |
| USA | | Pay Rate | $58.6538 | Fringe Tier | TIER3 - Tier3 Standard | |
| | | Pay Frequency | Biweekly | KP GL Prj/BA | G600 - G600 G600 | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $34.86 |
| Holiday | 0.0000 | $0.00 | $469.23 |
| Overtime-@ Str | 0.0000 | $0.00 | $175.96 |
| Paid Time Off | 1.1000 | $64.52 | $1,002.98 |
| Regular | 40.8000 | $2,346.15 | |
| Regular | 37.0000 | $2,170.19 | $30,314.65 |
| Regular UN | 0.0000 | $0.00 | $11.67 |
| Sick Pay | 1.9000 | $111.44 | $111.44 |

Total Hours Worked  80.8000     Total Hours  80.8000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401k Loan 1 | No | $39.29 | $275.03 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $478.17 | — | — |
| Group Term Life | No | $4.98 | $34.86 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $1,346.17 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $55.72 | $0.00 | $0.00 |
| Loan - Post Tax | No | $146.08 | $1,022.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $993.86 | $575.54 | $4,028.78 |
| Supp Life Pst-T | No | $28.44 | $199.08 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $82.60 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $53.62 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $343.10 | $2,427.35 |
| Employee Medicare | $62.10 | $437.26 |
| Social Security Employee Tax | $265.54 | $1,869.68 |
| PA State Income Tax | $131.33 | $924.71 |
| WILKES BARRE CITY | $1.81 | $12.67 |
| WILKES BARRE SD | $0.19 | $1.33 |
| WILKES BARRE | $42.78 | $301.22 |
| PA Unemployment Employee | $2.82 | $19.84 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx2599 | Checking | $3,206.46 |
| Total | | $3,206.46 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $4,697.28 | $4,282.88 | $849.67 | $641.15 | $3,206.46 |
| YTD | $33,056.92 | $30,156.12 | $5,994.06 | $4,488.05 | $22,574.81 |



Perspecta Enterprise Solutions LLC
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 05/01/2021 |
| Period End Date | 05/14/2021 |
| Pay Date | 05/21/2021 |
| Document | 432857 |
| Net Pay | $3,374.92 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **VIPANDER BHATTI** | Employee Number | 75017348 | Pay Group | Vencore Bi Weekly | |
| 129 FOREST RD. | SSN | XXX-XX-XXXX | Location | USA_PA_Wilkes Barre - US | |
| MOUNTAIN TOP, PA 18707 | Job | Perspecta Default | Vencore CC | P92291 - CSL ES G&A Post T3 C | |
| USA | Pay Rate | $58.6538 | Fringe Tier | TIER3 - Tier3 Standard | |
| | Pay Frequency | Biweekly | KP GL Prj/BA | G600 - G600 G600 | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $49.80 |
| Holiday | 0.0000 | $0.00 | $469.23 |
| Overtime-@ Str | 0.5000 | $29.33 | $205.29 |
| Paid Time Off | 0.0000 | $0.00 | $2,000.09 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 40.0000 | $2,346.15 | $43,348.44 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked  80.5000          Total Hours  80.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan 1 | No | $39.29 | $392.90 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $683.10 | — | — |
| Group Term Life | No | $4.98 | $49.80 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $1,923.10 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $79.60 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $1,419.80 | $575.54 | $5,755.40 |
| Supp Life Pst-T | No | $28.44 | $284.40 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $118.00 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $76.60 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $346.62 | $3,460.17 |
| Employee Medicare | $62.52 | $623.99 |
| Social Security Employee Tax | $267.35 | $2,668.11 |
| PA State Income Tax | $132.23 | $1,319.60 |
| WILKES BARRE CITY | $1.81 | $18.10 |
| WILKES BARRE SD | $0.19 | $1.90 |
| WILKES BARRE | $43.07 | $429.85 |
| PA Unemployment Employee | $2.83 | $28.31 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2599 | Checking | $3,374.92 |
| Total | | $3,374.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,726.61 | $4,312.21 | $856.62 | $495.07 | $3,374.92 |
| YTD | $47,178.09 | $43,034.09 | $8,550.03 | $6,119.26 | $32,508.80 |



Perspecta Enterprise Solutions LLC
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 05/15/2021 |
| Period End Date | 05/28/2021 |
| Pay Date | 06/04/2021 |
| Document | 445632 |
| Net Pay | $3,146.06 |

## Pay Details

**VIPANDER BHATTI**
129 FOREST RD.
MOUNTAIN TOP, PA 18707
USA

| | | | |
|---|---|---|---|
| Employee Number | 75017348 | Pay Group | Vencore Bi Weekly |
| SSN | XXX-XX-XXXX | Location | USA_PA_Wilkes Barre - US |
| Job | Perspecta Default | Vencore CC | P92291 - CSL ES G&A Post T3 C |
| Pay Rate | $58.6538 | Fringe Tier | TIER3 - Tier3 Standard |
| Pay Frequency | Biweekly | KP GL Prj/BA | G600 - G600 G600 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $54.78 |
| Holiday | 0.0000 | $0.00 | $469.23 |
| Overtime-@ Str | 0.0000 | $0.00 | $205.29 |
| Paid Time Off | 0.0000 | $0.00 | $2,000.09 |
| Regular | 40.0000 | $2,346.15 | |
| Regular | 40.0000 | $2,346.15 | $48,040.74 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 80.0000    Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K | Yes | $234.62 | $234.62 | $0.00 | $0.00 |
| 401k Loan 1 | No | $39.29 | $432.19 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $751.41 | — | — |
| Group Term Life | No | $4.98 | $54.78 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $2,115.41 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $87.56 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $1,561.78 | $575.54 | $6,330.94 |
| Supp Life Pst-T | No | $28.44 | $312.84 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $129.80 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $84.26 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $314.95 | $3,775.12 |
| Employee Medicare | $62.11 | $686.10 |
| Social Security Employee Tax | $265.54 | $2,933.65 |
| PA State Income Tax | $131.33 | $1,450.93 |
| WILKES BARRE CITY | $1.81 | $19.91 |
| WILKES BARRE SD | $0.19 | $2.09 |
| WILKES BARRE | $42.78 | $472.63 |
| PA Unemployment Employee | $2.82 | $31.13 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx2599 | Checking | $3,146.06 |
| Total | | $3,146.06 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $4,697.28 | $4,048.26 | $821.53 | $729.69 | $3,146.06 |
| YTD | $51,875.37 | $47,082.35 | $9,371.56 | $6,848.95 | $35,654.86 |



Perspecta Enterprise Solutions LLC
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 05/29/2021 |
| Period End Date | 06/11/2021 |
| Pay Date | 06/18/2021 |
| Document | 458246 |
| Net Pay | $3,146.07 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **VIPANDER BHATTI** | Employee Number | 75017348 | Pay Group | Vencore Bi Weekly | |
| 129 FOREST RD. | SSN | XXX-XX-XXXX | Location | USA_PA_Wilkes Barre - US | |
| MOUNTAIN TOP, PA 18707 | Job | Perspecta Default | Vencore CC | P92291 - CSL ES G&A Post T3 C | |
| USA | Pay Rate | $58.6538 | Fringe Tier | TIER3 - Tier3 Standard | |
| | Pay Frequency | Biweekly | KP GL Prj/BA | G600 - G600 G600 | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $59.76 |
| Holiday | 8.0000 | $469.23 | $938.46 |
| Overtime-@ Str | 0.0000 | $0.00 | $205.29 |
| Paid Time Off | 8.0000 | $469.23 | $2,469.32 |
| Regular | 24.0000 | $1,407.69 | |
| Regular | 40.0000 | $2,346.15 | $51,794.58 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 80.0000   Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $234.62 | $469.24 | $0.00 | $0.00 |
| 401k Loan 1 | No | $39.29 | $471.48 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $819.72 | — | — |
| Group Term Life | No | $4.98 | $59.76 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $2,307.72 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $95.52 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $1,703.76 | $575.54 | $6,906.48 |
| Supp Life Pst-T | No | $28.44 | $341.28 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $141.60 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $91.92 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $314.95 | $4,090.07 |
| Employee Medicare | $62.10 | $748.20 |
| Social Security Employee Tax | $265.54 | $3,199.19 |
| PA State Income Tax | $131.33 | $1,582.26 |
| WILKES BARRE CITY | $1.81 | $21.72 |
| WILKES BARRE SD | $0.19 | $2.28 |
| WILKES BARRE | $42.78 | $515.41 |
| PA Unemployment Employee | $2.82 | $33.95 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2599 | Checking | $3,146.07 |
| Total | | $3,146.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,697.28 | $4,048.26 | $821.52 | $729.69 | $3,146.07 |
| YTD | $56,572.65 | $51,130.61 | $10,193.08 | $7,578.64 | $38,800.93 |



**Perspecta Enterprise Solutions LLC**
15052 Conference Center Drive
Chantilly, VA 20151
571-313-6000

**Pay Statement**
**Period Start Date** 09/04/2021
**Period End Date** 09/17/2021
**Pay Date** 09/24/2021
**Document** 539283
**Net Pay** $3,107.35

## Pay Details

**VIPANDER BHATTI**
129 FOREST RD.
MOUNTAIN TOP, PA 18707
USA

| | | | |
|---|---|---|---|
| **Employee Number** | 75017348 | **Pay Group** | Vencore Bi Weekly |
| **SSN** | XXX-XX-XXXX | **Location** | USA_PA_Wilkes Barre - US |
| **Job** | Perspecta Default | **Vencore CC** | P92291 - CSL ES G&A Post T3 C |
| **Pay Rate** | $58.6538 | **Fringe Tier** | TIER3 - Tier3 Standard |
| **Pay Frequency** | Biweekly | **KP GL Prj/BA** | G600 - G600 G600 |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Floating Holida | 0.0000 | $0.00 | $936.13 |
| Group Term Life | | $4.98 | $94.62 |
| Holiday | 8.0000 | $469.23 | $1,876.92 |
| Overtime-@ Str | 0.0000 | $0.00 | $205.29 |
| Paid Time Off | 4.0000 | $234.62 | $3,906.34 |
| Regular | 28.0000 | $1,642.30 | |
| Regular | 40.0000 | $2,346.15 | $82,265.20 |
| Regular UN | 0.0000 | $0.00 | $57.67 |
| Retro | 0.0000 | $0.00 | $2,745.00 |
| Sick Pay | 0.0000 | $0.00 | $111.44 |

Total Hours Worked 80.0000   Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K | Yes | $234.62 | $2,248.82 | $0.00 | $0.00 |
| 401K Loan | No | $38.72 | $193.60 | $0.00 | $0.00 |
| 401k Loan 1 | No | $39.29 | $746.51 | $0.00 | $0.00 |
| Dental PreTax I | Yes | $68.31 | $1,297.89 | — | — |
| Group Term Life | No | $4.98 | $94.62 | $0.00 | $0.00 |
| HSA Deduction | Yes | $192.31 | $3,653.89 | $0.00 | $0.00 |
| Legal Plan | No | $7.96 | $151.24 | $0.00 | $0.00 |
| Loan - Post Tax | No | $0.00 | $1,168.56 | $0.00 | $0.00 |
| Medical PreTax | Yes | $141.98 | $2,697.62 | $575.54 | $10,935.26 |
| Supp Life Pst-T | No | $28.44 | $540.36 | $0.00 | $0.00 |
| Vision PreTax | Yes | $11.80 | $224.20 | $0.00 | $0.00 |
| Basic ER Life | No | $0.00 | $0.00 | $7.66 | $145.54 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $314.95 | $6,831.90 |
| Employee Medicare | $62.10 | $1,222.71 |
| Social Security Employee Tax | $265.54 | $5,228.15 |
| PA State Income Tax | $131.33 | $2,585.84 |
| WILKES BARRE CITY | $1.81 | $34.39 |
| WILKES BARRE SD | $0.19 | $3.61 |
| WILKES BARRE | $42.78 | $842.32 |
| PA Unemployment Employee | $2.82 | $55.33 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxx2599 | Checking | $3,107.35 |
| Total | | $3,107.35 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $4,697.28 | $4,048.26 | $821.52 | $768.41 | $3,107.35 |
| YTD | $92,198.61 | $82,076.19 | $16,804.25 | $13,017.31 | $62,377.05 |