Certificate Number: 13858-PAM-DE-036188394

Bankruptcy Case Number: 21-02239


13858-PAM-DE-036188394

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 7, 2021</u>, at <u>6:11</u> o'clock <u>PM EST</u>, <u>Vipander Bhatti</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 7, 2021</u>   By: <u>/s/Nicholas Vazquez</u>

Name: <u>Nicholas Vazquez</u>

Title: <u>Counselor</u>